

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 15, 2019**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-42923-mxm7 |
| | § | |
| MEGAN BLACK and | § | |
| MICHAEL BLACK | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF 30 DAY HEARING REQUIREMENT

On October 14, 2019, a Motion for Entry of Agreed Order Granting Relief from the Automatic Stay (the "Motion") regarding business assets of Nutrishop FTW LLC (the "Property") was filed in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that PeopleFund is granted leave from stay so as to authorize PeopleFund to immediately pursue its remedies under state law, including repossession and foreclosure of the Property and any proceeds acquired by its owners as a result of a sale or buyback of the Property.

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the (14)-day stay period otherwise imposed by Fed. R. Bankr. R. 4001 (3) shall not be applicable to this Order.

| | |
|---|---|
| **ORDER SUBMITTED BY:** | **APPROVED AS TO FORM AND CONTENT:** |
| */s/Ryan Dunn* | */s/Alice Bower* |
| Ryan Dunn | Alice Bower |
| DUNN PLLC | Law Office of Alice Bower |
| State Bar No. 24056749 | State Bar No. 15148500 |
| 405 Main Street, Suite 836 | 6421 Camp Bowie Blvd. Suite 300 |
| Houston, Texas 77002 | Fort Worth, TX 76116 |
| ryan@dunnpllc.com | alice@alicebower.com |
| **ATTORNEY FOR CREDITOR** | **ATTORNEY FOR DEBTORS** |

\*\*\*