



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 20, 2019**

**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-42923-mxm7 |
| | § | |
| MEGAN BLACK AND | § | |
| MICHAEL BLACK | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 7 |

ORDER GRANTING MOTION TO DELAY DISCHARGE TO
FILE REAFFIRMATION AGREEMENTS

On this day, December 16, 2019, came on before the Court, the Debtor's "Motion to Delay Discharge to File Reaffirmation Agreements."

IT IS HEREBY ORDERED that the Debtor's discharge is delayed until January 12, 2020.

***END OF ORDER***